**In re Gerald M. BENSON and Kenneth L. Smith.**

Nos. 2012–1664, 2012–1663.

United States Court of Appeals, Federal Circuit.

June 6, 2013.

Sandra K. Novak, 3M Innovative Properties Company, of St. Paul, Minnesota, argued for appellants.

Mary L. Kelly, Associates Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Raymond T. Chen, Solicitor, and Brian T. Racilla, Associate Solicitor.

DYK, PROST, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THESE CAUSES having been heard and considered, they are

ORDERED AND ADJUDGED.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**